ELMER WEBB, Appellee, v. DEAN FERKINS, Appellant.

No. 45091.

Note: This case, decided February 13, 1940, is a companion to Webb v. Ferkins, 227 Iowa 1157, 290 N. W. 112, and controlled by the opinion thereof.